PD-1342-15

PD-1342-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/14/2015 4:36:34 PM
Accepted 10/15/2015 3:00:43 PM
ABEL ACOSTA
CLERK

**IN THE**

**COURT OF CRIMINAL APPEALS**

**OF TEXAS**

| | | |
|---|---|---|
| **HECTOR TELLEZ,** | § | |
| **Appellant** | § | **Eighth Court of Appeals** |
| | § | **No. 08-13-00141-CR** |
| **vs.** | § | **Appeal from the 384TH** |
| | § | **Judicial District Court** |
| | § | **of El Paso County, Texas** |
| **THE STATE OF TEXAS,** | § | **TC No. 20120D04773** |
| **Appellee** | § | |

**MOTION FOR EXTENSION OF TIME TO FILE**
**PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the El Paso County Public Defender's Office, counsel for the Appellant herein, and files this motion for an extension of 60 days for Appellant to file his Petition for Discretionary Review. In support of this motion, counsel would show the Court the following:

**I.**

The Appellant was tried by a Jury before the 384TH District Court, the Honorable Patrick M. Garcia presiding, in Cause No. 20120D04773 Styled <u>The State of Texas v. HECTOR TELLEZ</u>, and convicted of the offense of Intoxicated Manslaughter W/Vehicle, an Adult Felony, on April 23, 2013. He was

1

subsequently sentenced by the Court to 20 years TDC, Institutional Division - TDCJ on April 26th, 2013

**II.**

The deadline for filing the Appellant's Petition for Discretionary Review is October 16th, 2015.

**III.**

Appellant requests a 60-day extension of time to file his Petition for Discretionary Review herein.

**IV.**

This is the Appellant's first such request for an extension of time.

**V.**

Appellant's request for an extension is bases upon the following facts:

1. The El Paso County Public Defender's Office represented Appellant on his direct appeal through the 8th Court of Appeals.

2. The Public Defender's Office received the 8th Court of Appeals opinion dated September 16th, 2015, and sent Appellant a copy of same along with a letter outlining his options to pursue appellate relief. In compliance with Texas Rule of Appellate Procedure 48.4, a copy of that letter was filed with the 8th Court of Appeals.

3. Appellant will retain another attorney to continue the appeal of his conviction.

4. Thus, in order to adequately discharge his responsibilities to Appellant herein, the undersigned Counsel respectfully requests a 60-day extension of time for Appellant to properly prepare and present Appellant's Petition for Discretionary Review herein.

WHEREFORE, the undersigned counsel prays that the Court grant this Motion and extend the deadline for filing the Appellant's Petition for Discretionary Review to December 16th, 2015.

Respectfully submitted,

EL PASO COUNTY PUBLIC DEFENDER


BY: /s/ *NICHOLAS C. VITOLO*
     NICHOLAS C. VITOLO
     Assistant Public Defender
     SBN 24084526
     500 E. San Antonio, Room 501
     El Paso, TX 79901
     (915) 546-8185, FAX 546-8186

STATE OF TEXAS       §
                                 §
COUNTY OF EL PASO §

BEFORE ME, the undersigned authority, appeared NICHOLAS C. VITOLO

on the 14th day of October, 2015 and who, being by me duly sworn, did depose and

state on his oath:

> "My name is NICHOLAS C. VITOLO. I am the
> Attorney for Appellant in the above styled and
> numbered document and the above stated facts are true
> and correct and within my personal knowledge."


/s/ *NICHOLAS C. VITOLO*
NICHOLAS C. VITOLO


SUBSCRIBED AND SWORN TO BEFORE ME on this the 14th day of

October, 2015.


/s/Margarita S. Martinez
NOTARY PUBLIC
STATE OF TEXAS

## CERTIFICATE OF SERVICE

I, NICHOLAS C. VITOLO, hereby certify that a true and correct copy of the foregoing instrument has been hand-delivered to the District Attorney's Office, 500 E. San Antonio St., Room 201, El Paso, Texas 79901, mailed to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711, and mailed to the Appellant HECTOR TELLEZ, TDCJ No. 01858884, Michael Unit, 2664 FM 2054, Tennessee Colony, TX 75886, on this the 14th day of October, 2015.

/s/ *NICHOLAS C. VITOLO*
NICHOLAS C. VITOLO